IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:21-CV-00486-MOC-DSC

| | |
|---|---|
| SEMAFONE LIMITED et. al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )     **ORDER** |
| | ) |
| PCI PAL (U.S.) INC., | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Daniel J. Schwartz and Matthew W. Werber]" (documents ##6 and 7) filed September 15, 2021. For the reasons set forth therein, the Motion[s] will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: September 15, 2021

David S. Cayer
United States Magistrate Judge