# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| SEMAFONE LIMITED and SEMAFONE INC. <br><br> Plaintiffs, <br><br> v. <br><br> PCI PAL (U.S.) INC., <br><br> Defendant. | Civil Action No.: 3:21-cv-00486 |

## DEFENDANT PCI PAL (U.S.) INC.'S MOTION TO DISMISS

Defendant PCI Pal (U.S.) Inc. ("PCI Pal"), through counsel and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and LCvR 7.1, hereby moves to dismiss the Complaint (Dkt. 1) filed by Plaintiffs Semafone Limited and Semafone Inc. (collectively, "Semafone"). PCI Pal seeks a ruling that Plaintiffs' patents-in-suit, U.S. Patent Nos. 8,750,471 (the "'471 patent"), 9,858,573 (the "'573 patent"), 10,402,826 (the "'826 patent") and 11,049,108 (the "'108 patent"), each titled "Signal Detection and Blocking for Voice Processing Equipment" (collectively, the "Patents"), are invalid under 35 U.S.C. § 101 for failing to claim patent-eligible subject matter. *See Alice Corp. Pty. Ltd. v. CLS Bank Int'l*, 134 S. Ct. 2347, 2358 (2014). For the reasons set forth in the accompanying

memorandum of law, PCI Pal respectfully requests that the Court find the '417 Patent, the '573 Patent, the '826 Patent, and the '108 Patent invalid under 35 U.S.C. § 101, and dismiss this case with prejudice.

Respectfully submitted, this the 5th day of November, 2021.

/s/ *John F. Morrow, Jr.*
John F. Morrow, Jr.
N.C. Bar. No. 23382
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 721-3584
Fax: (336) 733-8429
Email: John.Morrow@wbd-us.com

*Counsel for Defendant PCI Pal (U.S.) Inc.*

# CERTIFICATE OF SERVICE

This is the certify that on this 5th day of November, 2021, I electronically filed the foregoing **DEFENDANT PCI PAL (U.S.) INC.'S MOTION TO DISMISS** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

> Michael G. Adams
> Nicholas H. Lee
> PARKER POE ADAMS & BERNSTEIN LLP
> 620 South Tryon Street, Suite 800
> Charlotte, North Carolina 28202
> mikeadams@parkerpoe.com
> nicholaslee@parkerpoe.com
>
> Daniel J. Schwartz
> Matthew A. Werber
> Nixon Peabody
> 70 West Madison Suite 3500
> Chicago, IL 60602
> djschwartz@nixonpeabody.com
> mwerber@nixonpeabody.com

*/s/ John F. Morrow, Jr.*
John F. Morrow, Jr.
NC Bar No. 23382