IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SEMAFONE LIMITED and SEMAFONE INC.<br><br>Plaintiffs,<br><br>v.<br><br>PCI PAL (U.S.) INC.,<br><br>Defendant. | NO.: 3:21-cv-00486-MOC-DSC |

### ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO USE NEW CORPORATE NAMES AND AMEND CASE CAPTION

The Court hereby GRANTS Plaintiff's *Unopposed Motion for Leave to Use New Corporate Names and Amend Case Caption*. Dkt. 32. Accordingly, this Court orders that:

1. Plaintiff Semafone Limited is now Sycurio Limited;

2. Plaintiff Semafone Inc. is now Sycurio Inc.; and

2. The new case caption shall be:

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SYCURIO LIMITED and SYCURIO INC.<br><br>Plaintiffs,<br><br>v.<br><br>PCI PAL (U.S.) INC.,<br><br>Defendant. | NO. 3:21-cv-00486-MOC-DSC |

**SO ORDERED.**

Signed: July 27, 2022

_David S. Cayer_
David S. Cayer
United States Magistrate Judge