UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-cv-486-MOC

| | |
|---|---|
| SYCURIO LIMITED, *formerly known as* Semafone Limited, et al., | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) **ORDER** ) |
| PCI PAL (U.S.) INC., et al., | ) ) ) |
| Defendants. | ) ) ) |

**THIS MATTER** comes before the Court on a Motion to Limit the Number of Asserted Patent Claims, filed by Defendant PCI Pal (U.S.) Inc. (Doc. No. 48). Plaintiffs filed a Response on January 11, 2023, and Defendant filed a Reply on January 28, 2023. (Doc. Nos. 51, 52).

For the reasons stated in Plaintiff's brief in opposition, the Court will **DENY** Defendant's Motion to Limit the Number of Asserted Patent Claims at this time. Specifically, the Court finds that limiting the claims is premature because Plaintiff has shown that it has not yet had the opportunity to review all relevant internal technical documents and because claim construction has not yet occurred.

    **IT IS SO ORDERED**.

Signed: March 10, 2023

Max O. Cogburn Jr
United States District Judge

1