# EXHIBIT E

Craig Robinson
First Expert Report
For the Defendants
Exhibits CR-01 – CR-08
23 March 2023

**IN THE HIGH COURT OF JUSTICE**  **Claim No. HP-2021-000030**
**BUSINESS AND PROPERTY COURTS**
**INTELLECTUAL PROPERTY LIST (CHANCERY DIVISION)**
**PATENTS COURT**

**BETWEEN:**

**SYCURIO LIMITED**
**(FORMERLY SEMAFONE LIMITED)**

<u>Claimant</u>

- and -

(1)   **PCI-PAL PLC**

(2)   **PCI-PAL (U.K.) LIMITED**

<u>Defendants</u>

_____

**EXPERT REPORT OF CRAIG ROBINSON**

_____



353. In order for the Defendants' product to be considered to include these telephone interfaces, the overall AWS infrastructure and the SBCs, including in some versions the SBCs of the Defendants' customers, would all need to be considered as being part of Agent Assist Gen 2. I note in the Claimant's statement of case they do interpret Agent Assist Gen 2 in this way. I don't think it is reasonable to interpret

- 100 -

Agent Assist Gen 2 in such a broad way. Indeed, for this definition to be valid, large parts of the Internet and PSTN would also need to be considered as being part of Agent Assist Gen 2, even though they are just providing their ordinary functionality.



357. In order to identify a first telephone interface in Agent Assist Gen 2, which operates in both normal and active modes (it is a consistent interface in the Claim and the wider Patent), it would either need to be the caller's telephone itself (thus putting every telephone in the world within the scope of Claim 9), or in the PSTN (putting every telephone call in the world within scope).